IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIAMOND PLASTICS CORPORATION, a Delaware Corporation, | ) ) ) | Case No. 8:10-CV-00105 |
| Plaintiff, | ) ) ) | ORDER TO |
| vs. | ) ) | WITHDRAW AS COUNSEL |
| MAINLINE SUPPLY COMPANY, INC., a South Carolina Corporation, | ) ) ) ) | |
| Defendant. | ) | |

NOW ON this 24th day of March, 2010, this matter came before the Court on the Motion of Arend R. Baack to withdraw as the counsel of record for the Plaintiff, Diamond Plastics Corporation.  Substitute counsel, Jordan W. Adam, has entered an appearance as counsel of record for the Plaintiff.  Upon due consideration, the Court finds that the Motion to Withdraw as Counsel should be granted.

IT IS THEREFORE ORDERED that Arend R. Baack is granted leave to withdraw from his representation of the Plaintiff.

DATED March 24, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge