IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIAMOND PLASTICS CORPORATION**, a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>**MAINLINE SUPPLY COMPANY, INC.**, a South Carolina Corporation,<br><br>        Defendant. | 8:10CV105<br><br>ORDER |

Upon notice of settlement given to the magistrate judge by defense counsel, Brian T. McKernan,

**IT IS ORDERED:**

    1.   On or before June 21, 2010, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

    2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

    3.   All other deadlines in this case are suspended or cancelled upon the representation that the case is settled.

    **DATED May 20, 2010.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**