# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIAMOND PLASTICS CORPORATION**, a Delaware Corporation, | CASE NO. 8:10CV105 |
| Plaintiff, | |
| v. | **AMENDED ORDER AND FINAL JUDGMENT** |
| **MAINLINE SUPPLY COMPANY, INC.**, a South Carolina Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 18). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees, complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 18) is approved;

2. The Plaintiff's Complaint and Defendant's counterclaims are dismissed with prejudice, complete record waived; and

3. Each party will pay its own costs and attorney fees.

DATED this 22nd day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge